**John Robert ADAIR, Diljeet Singh Athwal, and John Spencer Emtage, Appellants,**

**v.**

**Paul J. CARTER and Leonard G. Presta, Appellees.**

**John Robert Adair, Diljeet Singh Athwal, and John Spencer Emtage, Appellees,**

**v.**

**Paul J. Carter and Leonard G. Presta, Appellants.**

**Nos. 2011–1212, 2011–1213.**

United States Court of Appeals, Federal Circuit.

July 6, 2011.

Doreen Yatko Trujillo, Kyle Vos Strache, Cozen O'Connor, Philadelphia, PA, for Appellants.

Oliver R. Ashe Jr., Ashe, P.C., Reston, VA, Jeffrey P. Kushan, Rachel H. Townsend, Sidley Austin LLP, Washington, DC, for Appellees.

### ORDER

Upon consideration of the cross-appellants' unopposed motion for voluntary dismissal of cross-appeal, 2011–1213, pursuant to Fed. R.App. P. 42(b),

It Is Ordered That:

The motion is granted. The revised caption in 2011–1212 is reflected above.

(2) Each side shall bear its own costs in 2011–1213.